## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| W. CAPRA CONSULTING GROUP, INC. | ) ) ) | |
| Plaintiff, | ) ) | Case No. 19-cv-4188 |
| v. | ) ) ) | |
| QUINTON SNYDER | ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **June 27, 2019 at 10:30 a.m**., in the courtroom of the Honorable Judge Marvin E. Aspen, Room 2568, of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, the parties will present the Motion for Temporary Restraining Order and Preliminary Injunction.

June 21, 2019

                              Respectfully submitted,

                              By:  /s/ Martin B. Carroll
                              Martin B. Carroll (ARDC # 6200977)
                              Jason J. Keener (ARDC # 6280337)
                              Fox Swibel Levin & Carroll LLP
                              200 W. Madison St., Suite 3000
                              Chicago, IL 60606
                              (312) 224-1200
                              mcarroll@foxswibel.com
                              jkeener@foxswibel.com

                              *Attorneys for Plaintiff W. Capra Consulting Group, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2019, the above Notice of Motion is being served upon Defendant Quinton Snyder via email and by hand delivery through a process server.

*/s/ __Jaime Neagle*_____
Jaime Neagle